# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS NELSON,<br><br>      vs.                     Petitioner,<br><br>KEN CLARK, Warden,<br><br>                            Respondent. | CASE NO. 10-CV-1047 - IEG (MDD)<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>[Doc. No. 36] |

      Presently before the Court is Petitioner's motion for a certificate of appealability. [Doc. No. 36.] On August 23, 2011, the Court dismissed Petitioner's petition for habeas corpus as barred by the statute of limitations and denied Petitioner a certificate of appealability. [Doc. No. 33.] Accordingly, the Court treats the present motion as a motion for reconsideration of the Court's prior order denying Petitioner a certificate of appealibility.

      A petitioner complaining of detention arising from state court proceedings must obtain a certificate of appealability to file an appeal of the final order in a federal habeas proceeding. 28 U.S.C. § 2253(c)(1)(A). The district court may issue a certificate of appealability if the petitioner "has made a substantial showing of the denial of a constitutional right." *Id.* § 2253(c)(2). To make a "substantial showing" when the district court denies a habeas petition on procedural grounds, the petitioner must show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v.*

1  *McDaniel*, 529 U.S. 473, 484 (2000).

2      After reviewing the petition, this motion, the Court's prior order, and other related papers, the Court again concludes that Petitioner has not made a "substantial showing" of the denial of a constitutional right. Reasonable jurists would not find it debatable whether the Court was correct in its procedural ruling on the statute of limitations issue. Accordingly, the Court **DENIES** Petitioner's motion for a certificate of appealability with respect to all of Petitioner's claims.

**IT IS SO ORDERED.**

**DATED:** October 7, 2011

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**